IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| NATHAN KOENGETER, MICHAEL MOLINOS, and ANNIECEL RENIVA, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN WATS CENTER, INC.,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:09cv494<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Paul M. Warner |

This matter was referred to Magistrate Judge Paul M. Warner by District Judge Clark Waddoups pursuant to 28 U.S.C. § 636(b)(1)(A).[1]  Earlier today, the court inadvertently granted plaintiff Anniecel Reniva's motion to withdraw as representative plaintiff before the motion was fully briefed.  Accordingly, the court hereby **VACATES** its order granting Ms. Reniva's motion.[2]

**IT IS SO ORDERED.**

DATED this 15th day of November, 2010.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge

---

[1] *See* docket no. 46.

[2] *See* docket no. 84.